IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOSCH SECURITY SYSTEMS, INC.,<br><br>Defendant. | C.A. No. 12-cv-1650-RGA<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER TO EXTEND TIME

Plaintiff and Defendant, subject to the approval of the Court, hereby agree that Defendant's time to answer, move or otherwise respond to the Complaint shall be extended to February 11, 2013.

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff Pragmatus Telecom, LLC*

BOSCH SECURITY SYSTEMS, INC.

/s/ Sarah L. Taylor
Sarah L. Taylor
Chief Counsel, Intellectual Property
Robert Bosch LLC
2800 South 25th Avenue
Broadview, IL 60155

*Attorney for Defendant Bosch Security Systems, Inc.*

Dated: December 20, 2012

IT IS SO ORDERED, this _____ day of _____ 2012.

_____
The Honorable Richard G. Andrews