# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

March 11, 2013

The Honorable Richard G. Andrews  *VIA E-FILING*
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE  19801

Re:   *Pragmatus Telecom LLC v. Bosch Security Systems, Inc.*,
      C.A. No. 12-1650 (RGA)

Dear Judge Andrews:

I am writing on behalf of defendant Bosch Security Systems, Inc. ("Bosch") in response to the Court's February 28, 2013 Oral Order regarding Bosch's Motion to Dismiss (D.I. 6). Bosch agrees with Pragmatus Telecom LLC that Bosch's motion to dismiss is moot in light of the filing of the First Amended Complaint because the Complaint to which Bosch's motion was directed is no longer the operative pleading.

Respectfully,

Rodger D. Smith II (#3778)

cc:   Clerk of Court
      All counsel of record