# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1536-RGA |
| | ) | |
| AT&T INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1534-RGA |
| | ) | |
| ALCATEL-LUCENT USA INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1650-RGA |
| | ) | |
| BOSCH SECURITY SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1555-RGA |
| | ) | |
| RITE AID CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1660-RGA |
| | ) | |
| STAPLES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1654-RGA |
| | ) | |
| GOEMERCHANT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1559-RGA |
| | ) | |
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1539-RGA |
| | ) | |
| CDW, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| PRAGMATIC TELECOM, LLC,          )<br>                                                      )<br>           Plaintiff,                          )<br>    v.                                         )<br>                                                      )<br>BROTHER INTERNATIONAL       )<br>CORPORATION,                          )<br>                                                      )<br>           Defendant.                      ) | C.A. No. 12-1538-RGA |


---

PRAGMATUS TELECOM, LLC,            )
                                                       )
                       Plaintiff,              )
           v.                                      )          C.A. No. 12-1538-RGA
                                                       )
BROTHER INTERNATIONAL        )
CORPORATION,                            )
                                                       )
                       Defendant.          )

---

PRAGMATUS TELECOM, LLC,            )
                                                       )
                       Plaintiff,              )
           v.                                      )          C.A. No. 12-1542-RGA
                                                       )
CROCS, INC.,                                 )
                                                       )
                       Defendant.          )

---

PRAGMATUS TELECOM, LLC,            )
                                                       )
                       Plaintiff,              )
           v.                                      )          C.A. No. 12-1545-RGA
                                                       )
GENERAL MOTORS LLC,            )
                                                       )
                       Defendant.          )

---

PRAGMATUS TELECOM, LLC,            )
                                                       )
                       Plaintiff,              )
           v.                                      )          C.A. No. 12-1548-RGA
                                                       )
LENOVO (UNITED STATES) INC.,  )
                                                       )
                       Defendant.          )

---

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1652-RGA |
| | ) | |
| ELAVON, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1546-RGA |
| | ) | |
| HSN, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1682-RGA |
| | ) | |
| FOOT LOCKER, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1684-RGA |
| | ) | |
| REED ELSEVIER US HOLDINGS INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF INTENT TO REDACT TRANSCRIPT**

Pursuant to Fed. R. Civ. P. 5.2 and this Court's policy on the electronic availability of transcripts of court proceedings, Defendant AT&T Inc. hereby submits its notice of intent to request redactions from the transcript of the hearing held on May 28, 2013.

        ASHBY & GEDDES

        */s/ Andrew C. Mayo*
        _____
        John G. Day (#2403)
        Tiffany Geyer Lydon (#3950)
        Andrew C. Mayo (#5207)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE  19801
        (302) 654-1888
        jday@ashby-geddes.com
        tlydon@ashby-geddes.com
        amayo@ashby-geddes.com

        *Attorneys for Defendant AT&T Inc.*

*Of Counsel:*

John C. Alemanni
Michael T. Morlock
KILPATRICK TOWNSEND &
   STOCKTON LLP
1001 West Fourth St.
Winston-Salem, NC 27101-2400
(336) 607-7300

William H. Boice
Renae Bailey Wainwright
KILPATRICK TOWNSEND &
   STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4528
(404) 815-6500

Dated:  June 17, 2013