# FARNAN LLP

July 3, 2013

**VIA E-FILING**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 2325
Wilmington, DE 19801-3555

    RE:    Pragmatus Telecom LLC v. Alcatel-Lucent USA Inc.
              (12-cv-1534-RGA)
              Pragmatus Telecom LLC v. Brother International Corporation
              (12-cv-1538-RGA)
              Pragmatus Telecom LLC v. CDW, LLC
              (12-cv-1539-RGA)
              Pragmatus Telecom LLC v. Frontier Communications Corporation
              (12-cv-1544-RGA)
              Pragmatus Telecom LLC v. HSN, Inc.
              (12-cv-1546-RGA)
              Pragmatus Telecom LLC v. Lands' End, Inc.
              (12-cv-1547-RGA)
              Pragmatus Telecom LLC v. Lenovo (United States) Inc.
              (12-cv-1548-RGA)
              Pragmatus Telecom LLC v. Oriental Trading Company, Inc.
              (12-cv-1553-RGA)
              Pragmatus Telecom LLC v. Rite Aid Corporation
              (12-cv-1555-RGA)
              Pragmatus Telecom LLC v. Thomson Reuters US, Inc.
              (12-cv-1557-RGA)
              Pragmatus Telecom LLC v. Bosch Security Systems, Inc.
              (12-cv-1650-RGA)
              Pragmatus Telecom LLC v. goEmerchant, LLC
              (12-cv-1654-RGA)
              Pragmatus Telecom LLC v. Staples, Inc.
              (12-cv-1660-RGA)
              Pragmatus Telecom LLC v. Starwood Hotels &Resort Worldwide,Inc.
              (12-cv-1661-RGA)
              Pragmatus Telecom LLC v. Saks Incorporated
              (12-cv-1685-RGA)
              Pragmatus Telecom LLC v. Seagate Technology (US) Holdings Inc.
              (12-cv-1686-RGA)

Dear Judge Andrews:

On June 26, 2013, Your Honor ordered defendants to submit their response to Plaintiff's request for short supplemental briefs and a hearing to address the changed circumstances in the reexamination proceedings. Only one paragraph of Defendants' three page letter responds to the Court's Order and a portion is an unwarranted, unprofessional and derogatory attack against Plaintiff's counsel and their client.[1]

We respectfully request that the Court strike Defendants' letter from the docket and order Defendants to file a paper that responds to the Court's Order.[2]

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (via e-filing)

---

[1] Defendants also attempt to assert new grounds for staying this litigation. Plaintiff respectfully submits that these new grounds are not currently before the Court and Plaintiff will respond appropriately if and when they are.

[2] As for Defendants' citation to the New York Times article, Plaintiff respectfully submits that a commercial article authored by three persons should be disregarded; however, if the Court is inclined to consider Chief Judge Rader's views on the state of patent litigation, Plaintiff respectfully submits that Chief Judge Rader publicly stated at the May 23 Delaware CLE that he disfavored stays in circumstances such as those present in the instant case.