IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-1534-RGA |
| | : | |
| ALCATEL-LUCENT USA, INC., | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-1538-RGA |
| | : | |
| BROTHER INTERNATIONAL CORPORATION, | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-1539-RGA |
| | : | |
| CDW, LLC, | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-1546-RGA |
| | : | |
| HSN, INC., | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-1547-RGA |
| | : | |
| LANDS' END INC., | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-1553-RGA |
| | : | |
| ORIENTAL TRADING COMPANY INC., | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-1555-RGA |
| | : | |
| RITE AID CORPORATION, | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-1650-RGA |
| | : | |
| BOSCH SECURITY, | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-1652-RGA |
| | : | |
| ELAVON INC., | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-1654-RGA |
| GOEMERCHANT LLC, | : |
| Defendant. | : |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-1660-RGA |
| STAPLES, INC., | : |
| Defendant. | : |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-1682-RGA |
| FOOT LOCKER, INC., | : |
| Defendant. | : |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-1684-RGA |
| REED ELSEVIER US, | : |
| Defendant. | : |

ORDER

It appears that the basis for granting a stay pending re-examination is eroding away. (D.I. 17).[1] If I understand it correctly, reexamination proceedings are over, unless LivePerson, Inc., appeals the *inter partes* decision on the '286 patent. (D.I. 18, p.2).

I do not think I need any further briefing on whether to lift the stay pending re-exam. Two of the three patents are free of re-exam. The third has survived thus far, and my impression is that it is not an insignificant step that it has survived. Thus, the above listed cases stayed pending re-exam are now **UNSTAYED**. There is nothing of significance to be gained by keeping the stay in place.

This action is without prejudice to any other type of stay request that is now pending, *e.g.*, General Motors' motion in No. 12-1545, scheduled for argument on August 30, 2013.

The Court has also considered the request (D.I. 19) to strike the Defendants' response. (D.I. 18). While the Court agrees with the Plaintiff that Mr. Smith's letter, in context, appears to go out of its way to impugn the Plaintiff's behavior and to label it a "troll," and therefore should

---

[1] References are to filings in No. 12-1534.

have been avoided, I do not generally believe in redacting or rewriting history, and will deny the request to strike the letter.

July 3, 2013
Date

Richard G. Andrews
United States District Judge